AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| V. | |
| | Case Number:   8:11-cr-617-T-17MAP |
| JOHN CLARKE | USM Number:   08313-088 |

AFPD Adam Nate
Defendant's Attorney

## THE DEFENDANT:

 X    admitted guilt to violation of charge number(s) <u>one, two, three and four</u> of the term of supervision.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| One | Trafficking in Illegal Drugs | October 5, 2011 |
| Two | Trafficking in Illegal Drugs | October 24, 2011 |
| Three | Trafficking in Illegal Drugs | November 28, 2011 |
| Four | Trafficking in Illegal Drugs | December 21, 2011 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 14, 2014
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

OCTOBER 15ᵗʰ, 2014
Date

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page  2  of  2

DEFENDANT:        JOHN CLARKE
CASE NUMBER:      8:11-cr-617-T-17MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  **TWELVE (12) MONTHS AND ONE (1) DAY** with credit for time served to be calculated by the United States Bureau of Prisons.

_X_     The defendant is remanded to the custody of the United States Marshal Service.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By      _____
DEPUTY UNITED STATES MARSHAL